FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Pasillas<br>~~Basillas~~, Edgar<br>    Defendant. | CR 08-1312 DSF<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)   (X)   the appearance of defendant as required; and/or
    (B)   (X)   the safety of any person or the community.

//
//

1    The court concludes:

2  A.  (X)  Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5         — criminal history
6         — nature of violations alleged

10 (B) (X) Defendant is a flight risk because defendant has not shown by clear
11         and convincing evidence that:
12         absence of background info
13         re: bail resources + community ti's
15         — immigration detainer
16         — multiple aliases

17    IT IS ORDERED that defendant be detained.

19  DATED: 8/13/10

            *[signature]*
            ~~JOHN E. MCDERMOTT~~ CARLA WOEHRLE
            UNITED STATES MAGISTRATE JUDGE

2